Case 14-35235 Document 41 Filed in TXSB on 01/16/15 Page 1 of 2




ENTERED
01/23/2015

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Case No. 14-35235-H4-13 |
| **PATRICIA DUNCAN,** | § | |
| | § | Chapter 7 |
| Debtor | § | |
| | § | |
| BANK OF AMERICA, N.A. | § | |
| | § | |
| VS. | § | |
| | § | |
| PATRICIA DUNCAN | § | |
| | § | |
| Respondent | § | |

**AGREED ORDER FOR RELIEF FROM THE**
**AUTOMATIC STAY TO PERMIT FORECLOSURE**
**(This Order Resolves Docket # 34)**

On January 13, 2015, this court considered Bank of America, N.A.'s Motion to Lift Stay (Docket #34) in the above referenced matter. The parties both appeared and announced in open court that they had reached an agreement. The debtor withdrew her objection to the motion and agreed to lift the automatic stay to permit foreclosure of the loan management agreement with Merrill Lynch, Pierce, Feener & Smith, Incorporated. In accordance with that agreement, the court therefore

**ORDERS THAT** the automatic stay of Section 362 of the Bankruptcy Code shall be lifted as to Bank of America, N.A. ("**Bank of America**") to permit Bank of America to foreclose or take any and all action required to liquidate the securities held in the accounts ending in #2494 and #5970 with Merrill Lynch, Pierce, Fenner & Smith Incorporated ("**MLPFS**"), so as to satisfy the obligations of Patricia Duncan (the "**Debtor**") to Bank of America (the "**Obligations**"), as of the date of the liquidation, under that certain loan management agreement among the Debtor, McKinney Care Inc., Bank of America and MLPFS

Case 14-35235 Document 41 Filed in TXSB on 01/16/2015 Page 2 of 2

dated November 15, 2010, which obligations are secured by accounts ending in #2494 and #5970 and all investment property on deposit in such accounts. To the extent possible, Bank of America will accommodate the Debtor's preferences as to which securities will be liquidated to satisfy the Obligations.

**IT IS FURTHER ORDERED THAT** the remaining securities in account number #2494 shall remain in the account. Pending further order of this Court, Bank of America and MLPFS shall not liquidate any other securities or release any remaining funds or securities.

Jeff Bohm
Chief United States Bankruptcy Judge

Signed: January 23, 2015

**APPROVED AS TO FORM AND ENTRY REQUESTED:**

*/s/ Samuel L. Milledge*

**SAMUEL L. MILLEDGE**
State Bar No. 14055300
2500 East T.C. Jester Blvd., Ste. 510
Houston, Texas 77008
(713) 812-1409
(713) 812-1418 (Facsimile)
**ATTORNEY-IN-CHARGE FOR DEBTOR**

*/S/ Randall B. Clark*

**RANDALL B. CLARK**
Texas Bar No. 04294900
Federal Bar No. 3399
Email: rclark@mcguirewoods.com
600 Travis Street, Suite 7500
Houston, Texas 77002
(713) 571-9191
(713) 571-9652 Fax
**ATTORNEY-IN CHARGE FOR DEFENDANT, BANK OF AMERICA, N.A.**

**OF COUNSEL:**
**McGUIREWOODS LLP**
600 Travis Street, Suite 7500
Houston, Texas 77002