

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

**ENTERED**
**01/23/2015**

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 14-35235-H4-7 |
| **PATRICIA DUNCAN** | § | |
| *Debtor(s)* | § | CHAPTER 7 |

### ORDER ON MOTION TO CONVERT TO CHAPTER 13

ON January 13, 2015, the court heard PATRICIA DUNCAN'S Motion to Convert to Chapter 13. Based on evidence presented to the Court, the Court grants the Motion and it is:

ORDERED that this case is converted to a chapter 13 bankruptcy.

Signed: January 23, 2015

_____
Jeff Bohm
Chief United States Bankruptcy Judge

SUBMITTED AND APROVED BY:

/s/ Samuel L. Milledge
**SAMUEL L. MILLEDGE**
*State Bar No.* 14055300
2500 East T.C. Jester Blvd., Suite 510
Houston, Texas 77008
(713) 812-1409- Telephone
(713) 812-1418- Telecopier
Attorney for PATRICIA DUNCAN